IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN R. ERPELDING, | |
| Petitioner, | **8:20CV167** |
| vs. | |
| SCOTT FRAKES, Director of Neb. Dept. of Corr. Svcs., | **ORDER** |
| Respondent. | |

IT IS ORDERED that Respondent shall respond to Petitioner's Motion for Stay and Abeyance of 28 U.S.C. § 2254 Proceedings, Filing no. 2, on or before May 15, 2020.

Dated this 5th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge