IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN R. ERPELDING, Unlawfully Imprisoned,<br><br>                Petitioner,<br><br>    vs.<br><br>SCOTT FRAKES, Director of Neb. Dept. of Corr. Svcs.,<br><br>                Respondent. | 8:20CV167<br><br>ORDER |

      I agree with the Respondent. (Filing no. 12.) Mr. Erpelding has failed to show good cause for a stay and abeyance order. Therefore,

      IT IS ORDERED that the motion for stay and abeyance (Filing no. 2) is denied. Mr. Erpelding is advised that he should respond to the motion for summary judgment (Filing no. 9) as set forth in the progression order (Filing no. 4).

      Dated this 22nd day of June, 2020.

                                                    BY THE COURT:

                                                    *Richard G. Kopf*

                                                    Richard G. Kopf
                                                    Senior United States District Judge