IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN R. ERPELDING, Unlawfully Imprisoned,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director of Neb. Dept. of Corr. Svcs.,<br><br>Respondent. | 8:20CV167<br><br>**ORDER** |

IT IS ORDERED that:

(1)  Petitioner's Motion for Extension of Time (Filing no. 14) is granted. Petitioner's responsive brief to Respondent's Motion for Summary Judgment is due on or before October 6, 2020.

(2)  As to Respondent's Motion for Summary Judgment (Filing no. 9), the Clerk's office shall change in CM/ECF the Response Due date to October 6, 2020, and the Reply Due date to November 5, 2020.

Dated this 6th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge