IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN R. ERPELDING, Unlawfully Imprisoned;<br><br>Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director of Neb. Dept. of Corr. Svcs.;<br><br>Respondent. | 8:20CV167<br><br>ORDER |

Petitioner has filed a notice to the court. Petitioner's notice is insufficient. I have extended his response date to October 6, 2020. Even given Petitioner's alleged placement in long-term solitary confinement, it is apparent that he still has access to the law library although it may not be as long as he might wish. Therefore,

IT IS ORDERED that the notice to the court (Filing 16), construed as a motion, is denied.

Dated this 18th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge