IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN R. ERPELDING, Unlawfully Imprisoned,<br><br>    Petitioner,<br><br> vs.<br><br>SCOTT FRAKES, Director of Neb. Dept. of Corr. Svcs.,<br><br>    Respondent. | 8:20CV167<br><br>**ORDER** |

  IT IS ORDERED that the Petitioner's Motion for Reconsideration (Filing 18) is denied.

  Dated this 29th day of September, 2020.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge